UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ARVIN LEE WILLIAMS, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
DAVID McFADDEN, Craven Co D.A. ) Case No. 4:14-CV-121-FL
1995; COMBINED RECORDS SECTION, )
N.C. Dept. Of Corrections, Raleigh )
1995-97; CRAVEN CO. CLERK OF )
COURT; and CRAVEN CO. D.A. )
OFFICE 1995-97, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 14, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 14, 2015, and Copies To:**

Arvin Lee Williams (via U.S. Mail) 400 Verdant Drive, Apt. C-3
                         Greenville, NC 27858


July 14, 2015                  JULIE RICHARDS JOHNSTON, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk